UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,  NO. CR. 2:05-0477 WBS

      Plaintiff,

  v.  ORDER

STEPHON L. WILLIAMS,

      Defendant.
_____/

----oo0oo----

For the reasons set forth in Judge Garcia's Order filed November 16, 2012 (Docket No. 78), defendant's renewed Motion for Sentencing Modification Pursuant to 18 U.S.C. § 3582(c) (Docket No. 81) is DENIED.

DATED: July 16, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE