UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2-05-cr-0477 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| STEPHON L. WILLIAMS, | |
| Defendant. | |

Defendant's Motion to Proceed in forma pauperis (Docket No. 86) with his appeal from this court's Order (Docket No. 84) denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582©(2) is hereby GRANTED.

Dated: August 2, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE